## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-13-514 |
| | § § § | |
| ZAUNMINE O. DUNCAN | § | |

## O R D E R

The defendant filed an unopposed motion for continuance, (Docket Entry No.25). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | January 27, 2014 |
| Responses are to be filed by: | February 10, 2014 |
| Pretrial conference is reset to**:** | **February 18, 2014 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **February 24, 2014 at 9:00 a.m.** |

SIGNED on November 14, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge