**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-13-514 |
| | § § § § | |
| ZAUNMINE O. DUNCAN | § | |

## O R D E R

The defendant filed an unopposed motion for continuance, (Docket Entry No.27). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | March 31, 2014 |
| Responses are to be filed by: | April 14, 2014 |
| Pretrial conference is reset to**:** | **April 21, 2014 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **April 28, 2014 at 9:00 a.m.** |

SIGNED on February 7, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge